# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| COMPUTER CIRCUIT OPERATIONS LLC,<br><br>　　　　　　　　　　　　Plaintiff<br><br>　　　　　-against-<br><br>ACER INC., ACER AMERICA CORPORATION, MEDIATEK INC., MEDIATEK USA INC., and FUZHOU ROCKCHIP ELECTRONICS CO., LTD.,<br><br>　　　　　　　　　　　　Defendants | Civil Action No.: 6:20-cv-00419-ADA<br><br>**Jury Trial Demanded** |

## UNOPPOSED MOTION TO STAY DEADLINES AS TO ACER INC., ACER AMERICA CORPORATION, MEDIATEK INC. AND MEDIATEK USA INC. AND NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Computer Circuit operations LLC ("CCO") respectfully files this Unopposed Motion to Stay All Deadlines and Notice of Settlement as to Defendants Mediatek Inc. and Mediatek USA Inc. (collectively, "Mediatek"), and Acer Inc. and Acer America Corp. (collectively, "Acer").  CCO hereby notifies the Court that CCO and Mediatek have reached an agreement in principle to settle CCO's claims as they apply to Mediatek, which, in conjunction with the settlement-in-principle reached with Rockchip, would also resolve CCO's claims as to the remaining Acer defendants.  CCO requests that the Court stay deadlines in this action for thirty (30) days so that appropriate dismissal papers may be submitted.  CCO's counsel have provided a draft of this motion to Mediatek's and Acer's counsel, and have received consent to this filing.

　Dated:  October 21, 2020　　　　　　　　　　　　Respectfully submitted,

1

  /s/  Andrey Belenky
Dmitry Kheyfits
dkheyfits@kblit.com
Brandon G. Moore
bmoore@kblit.com
KHEYFITS BELENKY LLP
108 Wild Basin Road South Suite 250
Austin, TX 78746
Tel: 737-228-1838
Fax: 737-228-1843

Andrey Belenky
abelenky@kblit.com
Hanna G. Cohen
(admitted *pro hac vice*)
hgcohen@kblit.com
KHEYFITS BELENKY LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: 212-203-5399
Fax: 212-203-6445

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*
*Computer Circuit Operations LLC*

## **CERTIFICATE OF CONFERENCE**

On October 21, 2020, the undersigned counsel conferred with opposing counsel concerning the relief sought in this Motion, and was advised that opposing counsel did not oppose this Motion.

/s/ Andrey Belenky
Andrey Belenky

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 21, 2020, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/ Andrey Belenky
Andrey Belenky